NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIVX, LLC,**

*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**

*Appellee*

---

2025-1143

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1343.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

November 20, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 20, 2024